IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

SYLVIA D. DELONG,                         )
                                          )
v.                                        )     2:03-0059
                                          )
JO ANNE B. BARNHART, Commissioner of      )
Social Security                           )

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends Plaintiff's Motion for Judgment on the Administrative Record be GRANTED and that the Commissioner's decision be REVERSED and the cause REMANDED for an immediate award of benefits. No objections have been filed.

The Court has read and considered the Report and Recommendation and finds the same to be correct in fact and law. It is therefore adopted by this Court. The Motion for Judgment on the Administrative Record, Document #13, by the plaintiff is hereby **GRANTED**, and the Commissioner's decision be **REVERSED** and the cause **REMANDED** for an immediate award of benefits.

IT IS SO ORDERED.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge